USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/20/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **MICHAEL BLOCK, ATTORNEY AT LAW,** *d/b/a Law Office of Michael Block*, | : : : |
| **Plaintiff,** | **1:20-cv-09302 (ALC)** : : **ORDER** |
| -against- | : : |
| **THE HARTFORD FINANCIAL SERVICES GROUP, INC., ET AL.,** | : : : |
| **Defendants.** | : : |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' proposed stipulation and order filed on November 19, 2020, which was signed by Christopher Milazzo who has not appeared as an attorney of record. ECF No. 8.

Accordingly, Christopher Milazzo is hereby ORDERED to file a notice of appearance before the Court so orders the proposed stipulation and order.

**SO ORDERED.**

**Dated:  November 20, 2020**
         New York, New York

                                                                         **ANDREW L. CARTER, JR.**
                                                                         **United States District Judge**