**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

MICHAEL BLOCK, ATTORNEY AT LAW,

                              Plaintiff,

     -against-                                              20 **CIVIL** 9302 (ALC)

                                                               **JUDGMENT**

HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                              Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, Plaintiff's claims rests solely on the notion that physical loss should be interpreted as loss of use. This reading of the policy provisions at issue runs contrary to New York law. Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

              March 30, 2022

                                                                       **RUBY J. KRAJICK**

                                                                        Clerk of Court

                                             BY:
                                                                       **Deputy Clerk**